# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ANTHONY PRENTICE,  )
       Plaintiff,  )
   v.  )        3:16-cv-00060-MMD-WGC
STOGNER et al.,  )        **ORDER**
       Defendants.  )
_____)

## I.  DISCUSSION

On October 4, 2016, the parties participated in an Early Inmate Mediation Conference. (ECF No. 9). The parties did not reach a settlement. (*Id.*). On October 13, 2016, Defendants filed a motion to extend the 90-day stay because the parties were engaged in additional settlement negotiations. (ECF No. 11 at 2). Defendants seek to extend the stay until October 24, 2016. (*Id.*). The Court grants the motion to extend the stay through October 24, 2016. Defendants shall file their updated status report on or before October 24, 2016.

The Court denies Plaintiff's motion to identify defendants (ECF No. 7) and motion for leave to file an amended complaint (ECF No. 10). If the parties do not reach a settlement by October 24, 2016, Plaintiff may file a motion for leave to file an amended complaint and submit the proposed amended complaint with his motion.

## II.  CONCLUSION

For the foregoing reasons, IT IS ORDERED that the motion for extension of time (ECF No. 11) is granted. Defendants shall file their updated status report on or before October 24, 2016.

/ / /

1      IT IS FURTHER ORDERED that motion to identify defendants (ECF No. 7) is denied

2  without prejudice.

3      IT IS FURTHER ORDERED that the motion for leave to file an amended complaint

4  (ECF No. 10) is denied without prejudice

5

6      DATED: This 14th day of October, 2016.

7

8                                  _____
                                   United States Magistrate Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28