UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| ANTHONY PRENTICE, | ) | 3:16-cv-00060-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | December 13, 2017 |
| | ) | |
| CHAPLIN STOGNER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT: THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KATIE LYNN OGDEN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Defendants' Motion for Enlargement of Time to Respond to Complaint (ECF No. 41). Defendants request an extension of time until December 22, 2017, to file an answer or other responsive pleading to Plaintiff's Amended Complaint (ECF No. 16).

Defendants' Motion for Enlargement of Time to Respond to Complaint (ECF No. 41) is **GRANTED**. Defendants shall have to and including **December 22, 2017**, in which to file an answer or other responsive pleading to Plaintiff's Amended Complaint.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:  /s/
Deputy Clerk