ADAM PAUL LAXALT
  Attorney General
BENJAMIN R. JOHNSON, Bar No. 10632
  Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1254
E-mail: BJohnson@ag.nv.gov

*Attorneys for Defendants James Cox,*
*Anthony Carrasco, Brandon Gonzales,*
*Terry Lindberg, Marc Mallinger, James Stogner,*
*William Sandie, and Daniel Wheeler*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANTHONY PRENTICE, <br><br> Plaintiff, <br><br> v. <br><br> CHAPLAIN STOGNER, *et al*., <br><br> Defendants. | Case No. 3:16-cv-00060-MMD-WGC <br><br> **ORDER GRANTING DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO SERVE DISCOVERY RESPONSES (SECOND REQUEST)** |

    Defendants James Cox, Anthony Carrasco, Brandon Gonzales, Terry Lindberg, Marc Mallinger, James Stogner, William Sandie, and Daniel Wheeler, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Benjamin R. Johnson, Deputy Attorney General, hereby move this Court for an enlargement of time to serve their responses and/or objections to Plaintiff's discovery requests. This Motion is based on the following Memorandum of Points and Authorities and all papers and pleadings on file herein.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.    INTRODUCTION AND RELEVANT PROCEDURAL HISTORY**

    On January 16, 2018, Plaintiff served interrogatories on all named defendants. Due to preparation for a trial that was held on January 23, 2018, in Case No. 3:13-cv-00433-MMD-WGC, counsel and the paralegal assisting with discovery have been unable to confer with the defendants and complete the responses. Defendants Cox, Mallinger, Rose-Thayer, Stogner, and Sandie have completed their

interrogatory responses and they were served concurrently with the filing of this motion. Defendants Carrasco, Gonzales, Lindberg and Wheeler need additional time to respond. Defendants request an additional eight days, up to and including March 16, 2018 to serve responses.

FED. R. CIV. P. 6(b)(1) governs enlargements of time and provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

The proper procedure, when additional time for any purpose is needed, is to present a request for extension of time before the time fixed has expired. *Canup v. Mississippi Val. Barge Line Co.,* 31 F.R.D. 282 (W.D.Pa. 1962). Extensions of time may always be asked for, and usually are granted on a showing of good cause if timely made under subdivision (b)(1) of the Rule. *Creedon v. Taubman*, 8 F.R.D. 268 (N.D. Ohio 1947).

Defendants seek an enlargement of time to file serve responses to discovery. Good cause exists to extend the time to file this motion. The majority of defendants have completed interrogatory responses. Defendant Carrasco, Wheeler, Gonzales, and Lindberg need a second extension of time up to and including March 16, 2018, to complete their responses.

///
///
///
///
///
///
///
///
///
///
///
///

1    **I.    CONCLUSION**

2           Based on the foregoing, Defendants respectfully request their motion for enlargement of time is

3    granted and the deadline for serving discovery responses be extended to March 16, 2018.

4           DATED this 8th day of March, 2018.

5                                              ADAM PAUL LAXALT
                                               Attorney General
6

7                                    By:    _____
                                            BENJAMIN R. JOHNSON
8                                           Deputy Attorney General
                                            State of Nevada
9                                           Bureau of Litigation
                                            Public Safety Division
10

11                                          *Attorneys for Defendants*

12

13                                   **APPROVED AND SO ORDERED:**

14

15                                   _____
16                                   **U.S. MAGISTRATE JUDGE**

17                                   **DATED:** _March 8, 2018_____

18

19

20

21

22

23

24

25

26

27

28