ADAM PAUL LAXALT
  Attorney General
DENNIS W. HOUGH NV Bar # 11995
  Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1254
E-mail: dhough@ag.nv.gov

*Attorneys for Defendants James Cox,
Anthony Carrasco, Brandon Gonzales,
Terry Lindberg, Marc Mallinger, James Stogner,
William Sandie, and Daniel Wheeler*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY PRENTICE, | Case No. 3:16-cv-00060-MMD-WGC |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| CHAPLAIN STOGNER, *et al.*, | |
| Defendants. | |

Anthony Prentice, in pro se, and Defendants, James Cox, Anthony Carrasco, Brandon Gonzales, Terry Lindberg, Marc Mallinger, James Stogner, William Sandie, and Daniel Wheeler, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Dennis W. Hough, Deputy Attorney General, hereby stipulate and agree, pursuant to FED. R. CIV. P. 41(a)(1), that the above-captioned action should be dismissed with prejudice by order of this Court.

///

///

///

///

///

///

///

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party will bear its own attorneys' fees and costs.

DATED this 9 day of August, 2018.

DATED this 16 day of August, 2018.

ADAM PAUL LAXALT
Attorney General

By: /s/ Anthony Prentice
ANTHONY PRENTICE #74880
*Plaintiff*

By: /s/ Dennis W. Hough
DENNIS W. HOUGH
Deputy Attorney General
*Attorneys for Defendants*

IT IS SO ORDERED

_____
U.S. DISTRICT JUDGE

DATED 8/20/2018

2

# CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 17th day of August, 2018, I caused to be deposited for mailing a true and correct copy of the foregoing **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**, addressed as follows:

Anthony Prentice, #74880
High Desert State Prison
P.O. Box 650
Indian Springs, NV 89070

An employee of the
Office of the Attorney General